UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASIR HUSSEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>K2M, INC., a Delaware corporation, and DOES 1-20 inclusive,<br><br>    Defendants. | No. 2:16-cv-1446-KJM-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on June 28, 2017, for hearing on plaintiff's motion to modify the scheduling order. ECF No. 24. Attorney Shahid Manzoor appeared on behalf of plaintiff and attorney Genese Dopson appeared on behalf of defendant.

For the reasons stated on the record, and good cause appearing, plaintiff's motion is granted in part and the Status (Pretrial Scheduling) Order is modified as follows:

1. The discovery deadline is extended for the limited purpose of permitting defendant to respond to all discovery requests previously served by plaintiff and allowing plaintiff to complete three Rule 30(b)(6) deposition. By no later than July 19, 2017, defendant shall serve its responses to all outstanding discovery and provide plaintiff available deposition dates and the names of the three Rule 30(b)(6) deponents. Thereafter, the parties shall expeditiously complete those depositions.

1

2. The deadline for designating experts is extended from July 10, 2017 to July 25, 2017.

So Ordered.

DATED: June 29, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE